

# Fourth Court of Appeals
## San Antonio, Texas

May 30, 2013

No. 04-12-00783-CV

**THE CITY OF SAN ANTONIO**,
Appellant

v.

**INTERNATIONAL ASSOCIATION OF FIRE FIGHTERS**, Local 624

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-16015
Honorable Laura Salinas, Judge Presiding

No. 04-13-00109-CV

**IN RE THE CITY OF SAN ANTONIO**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Rebeca C. Martinez, Justice

The City of San Antonio's Unopposed Motion to Reset Oral Argument is GRANTED.

The above cases have been set for formal submission and oral argument before this Court on July 25, 2013, at 9:00 a.m., before a panel consisting of Chief Justice Stone, Justice Angelini, and Justice Martinez.

---

[1] The proceeding in Cause No. 04-13-00109-CV arises out of Cause No. 2012-CI-16015, styled *Int'l Ass'n of Fire Fighters, Local 624 v. City of San Antonio*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Barbara Hanson Nellermoe presiding. However, the orders complained of were signed by the Honorable Laura Salinas, presiding judge of the 166th Judicial District Court, Bexar County, Texas.

Both cases will be argued together and the total time limit for each side will equal the ordinary time limit for a single appeal.  Argument is limited to twenty (20) minutes to each side with a ten (10) minute rebuttal.  If you do not wish to present argument, you must notify this court in writing within seven (7) days of receiving this order.


It is so **ORDERED** on May 30, 2013.                    PER CURIAM


ATTESTED TO: _____

              Keith E. Hottle
              Clerk of Court